JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL HERNANDEZ,<br><br>  Plaintiff,<br><br>vs.<br><br>INDIRA RAMESH PATEL D/B/A FRANCISQUITO DRIVE IN DIARY; MARY A. AGUILAR; and DOES 1 to 10,<br><br>  Defendants. | **Case No.: 2:20-cv-11346 MWF (RAOx)**<br>Hon. Michael W. Fitzgerald<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, all parties to bear their own fees and costs, with the Court to retain jurisdiction up until April 12, 2021.

IT IS SO ORDERED.

DATED: March 15, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

1